UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| **In re:** | Chapter 13 |
| Reginald Ruff | Case No. 17-48679 |
| | Judge: Hon. Marci McIvor |
| Debtor(s). / | |

## DEBTOR(S)' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 8-1)

**NOW COMES** Debtor(s) Reginald Ruff, by and through counsel, Moran Law, and objects to the Proof of Claim filed by Michigan Department of Treasury (PACER Claim No. 8-1), and in support thereof states as follows:

1. Debtor(s) Reginald Ruff filed for Chapter 13 bankruptcy protection in this case on June 9, 2017.

2. That on October 10, 2017, Michigan Department of Treasury filed a proof of claim with this court asserting a total claim of $9,493.27. The claim asserts a priority portion of $4,728.15 and an unsecured portion of $4,765.12. Further the claim states that the debtor has not filed his State taxes for 2012-2015 and his City taxes for 2015.

3. That Debtors disputes the claim as he has filed all his taxes and was entitled to refunds for 2012-2015 in regards to his State taxes and a refund as well for his 2015 City taxes.

**WHEREFORE,** the Debtor(s) pray that this Honorable Court deny claim, and grant any further and other relief as this Court deems equitable and just.

Dated: October 12, 2017                              Respectfully submitted,

                                                     /s/ Ryan B. Moran
                                                     Ryan B. Moran (P70753)
                                                     Attorney for Debtor
                                                     Moran Law
                                                     25600 Woodward Ave.; Ste. 201
                                                     Royal Oak, MI 48067
                                                     (248) 246-6536
                                                     rmoran@moranlaw.com

**Exhibit 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**                                   Chapter 13

Reginald Ruff                                Case No. 17-48679

                                             Judge: Hon. Marci McIvor
_____Debtor(s)._____/

## ORDER ON DEBTOR(S)' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 8-1)

This matter came on for hearing upon the Objection of Proof of Claim filed by the debtor(s) pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Proof of Claim filed by Michigan Department of Treasury (PACER Claim No. 8-1) is hereby denied.

**IT IS HEREBY FURTHER ORDERED** that the Trustee is not obligated to recoup any funds previously disbursed to Michigan Department of Treasury.

Exhibit 2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**                         Chapter 13

Reginald Ruff                   Case No. 17-48679

                                    Judge: Hon. Marci McIvor

            Debtor(s).                 /

## NOTICE OF DEBTOR(S)' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 8-1)

The Debtors have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before November 23, 2017, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

> U.S. Bankruptcy Court
> 211 W. Fort Street
> 17th Floor
> Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Moran Law, 25600 Woodward Ave. Suite 201, Royal Oak, MI 48067

David Wm. Ruskin, 26555 Evergreen Suite 110, Southfield, MI 48076

Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30166, Lansing, MI 48909

2. Attend the hearing on the objection, scheduled to be held on November 30, 2017 at 9:00 a.m. in Judge McIvors's Courtroom, in the U.S. Bankruptcy Court located on 19th Floor of 211 West Fort St., Courtroom 1875, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled**, **and the objection sustained.**

Dated: October 12, 2017                                   Respectfully submitted,

                                                          /s/ Ryan B. Moran
                                                          Ryan B. Moran (P70753)
                                                          Attorney for Debtor
                                                          Moran Law
                                                          25600 Woodward Ave.; Ste. 201
                                                          Royal Oak, MI 48067
                                                          (248) 246-6536
                                                          rmoran@moranlaw.com

**Exhibit 3**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **In re:** | Chapter 13 |
| Reginald Ruff | Case No. 17-48679 |
| | Judge: Hon. Marci McIvor |
| _____Debtor(s)._____ / | |

**CERTIFICATE OF SERVICE OF DEBTOR(S)' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 8-1)**

I hereby certify that on October 12, 2017, I electronically filed the Debtors' Objection to the Proof of claim of Michigan Department of Treasury (Claim No. 8-1), and the accompanying Exhibits, Notice, and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    David Wm. Ruskin

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    Michigan Department of Treasury
    Bankruptcy Unit
    P.O. Box 30166
    Lansing, MI 48909

    Reginald Ruff
    3813 Hogarth Street
    Detroit, MI 48206

| | |
|---|---|
| Dated: October 12, 2017 | Respectfully submitted, |
| | /s/ Ryan B. Moran
Ryan B. Moran (P70753)
Attorney for Debtor
Moran Law
25600 Woodward Ave.; Ste. 201 |

Royal Oak, MI 48067
(248) 246-6536
rmoran@moranlaw.com