# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re                                          **Case No.:** 17-48679
**Reginald Edward Ruff**                 **Chapter 13**
                                                           **Judge:**      X  McIvor
                                                                                    ☐ Shefferly

**Debtor(s)**
_____/

## ORDER ADJOURNING HEARING REGARDING DEBTORS OBJECTION PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY

This cause came before the Court on the stipulation of the parties for entry of an Order Adjourning Hearing, and this Court, having reviewed the stipulation and being otherwise fully advised in the premises, and having concluded that cause exists for the entry of this Order, it is hereby ORDERED:

(only those boxes checked apply):

☐ Motion to Dismiss Case         ☐ Confirmation of Plan         ☐ Plan Modification

☐ Motion for Relief From Stay as to creditor_____      ☐ Motion for Loan Modification

X  Objection to Proof of Claim of creditor Michigan      ☐ Other _____

is adjourned *from* November 30, 2017 at 9:00 a.m. *to* January 25, 2018 at 9:00 a.m.

---

It is further ORDERED (only those boxes checked apply):

☐ Debtor shall be 100% current in plan payments, pursuant to the trustee's records, on or before _____.

☐ Debtor shall file and serve _____ on or before_____.

☐ Debtor shall provide _____ to the trustee on or before_____ .

☐ Other _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without further notice or hearing upon the filing of an Affidavit of Default by the Trustee.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing of an Affidavit of Default by Creditor, _____

☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Denying the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.

☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Granting the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.

**Signed on November 28, 2017**



/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge